UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARON JOHNSON                                CIVIL ACTION

VERSUS                                       NO: 14-0937

RUTH JACKSON, et al.                         SECTION: R(4)

**ORDER AND REASONS**

Before the Court is Baron Johnson's prisoner complaint,[1] amended complaint,[2] and the Magistrate Judge's Report and Recommendation ("R&R") that Johnson's petition be dismissed with prejudice.[3] The Court, having reviewed *de novo* the complaint, the record, the applicable law and the Magistrate Judge's unopposed R&R, hereby approves the R&R and adopts it as its opinion.

Accordingly,

Baron Johnson's complaint is DISMISSED WITH PREJUDICE.

**New Orleans, Louisiana, this 25th day of September, 2014.**

*Sarah Vance*
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.

[2] R. Doc. 7.

[3] R. Doc. 14.